UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | |
| v. | Case No. 4:22-cr-00301-KGB |
| YUHANNA CLINKSCALE,<br>Defendant | |

MOTION FOR DETENTION HEARING

Defendant, Yuhanna Clinkscale, by and through his counsel, Adam Joseph Childers, respectfully moves, pursuant to 18 U.S.C. § 3142, this Court to hold a detention hearing in the above-referenced matter. In support of this motion, Mr. Clinkscale presents the following information and argument to the Court.

1. Mr. Clinkscale made his initial appearance in this case on November 15th, 2023. Although a detention hearing was <u>required</u> to be held upon Mr. Clinkscale's initial appearance (<u>see</u> 18 U.S.C. § 3142(f)), the Defendant reserved his right to a detention hearing at a later date.

2. The Defendant recently completed his 90-day parole violation that was a result of this indictment and the State of Arkansas hold has been lifted, leaving only a US Marshals hold resulting from this above captioned case.

3. Mr. Clinkscale requests that a detention hearing be held so that conditions can be set for his release on the instant criminal charges.

WHEREFORE, Mr. Clinkscale respectfully requests this Court to hold a detention

hearing in this matter immediately.

                                        Respectfully submitted,

                                        */s/ Adam Joseph Childers*

                                        Adam Joseph Childers
                                        Ark. Bar No. 2013035
                                        CHILDERS LAW FIRM, PLLC
                                        315 N. Broadway St.
                                        North Little Rock, Arkansas 72114
                                        Tel (501) 500-9797 / Fax (501) 500-9793
                                        e-mail:  Adam@Childers.Law

                                        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Julie Peters
U. S. Attorney's Office Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600

                                             ADAM JOSEPH CHILDERS